# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAJAN KURIAN, individually and on behalf of a class of others similarly situated**, | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| v. | : | **NO. 07-3482** |
| | : | |
| **THE COUNTY OF LANCASTER, THE LANCASTER COUNTY PRISON BOARD and JOHN DOES 1-20,** | : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 8th day of March, 2010, it is **ORDERED** that the hearing on the Parties' Joint Motion for Final Approval of Settlement is **rescheduled** to **March 25, 2010 at 4:00 p.m.** in Courtroom 6B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*

**Paul S. Diamond, J.**